IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM L. JOHNSON and JULIAN W. MOORE, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:08-0208 |
| v. | ) ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) ) ) ) ) | |
| Defendant. | ) | |

## O R D E R

The plaintiffs' Motion to Consolidate (Docket No. 4) is **DENIED**, and this case is **DISMISSED**. The court did not notice that the plaintiffs' Motion to Amend to add the Title VII claim to the previously-filed case, Case No. 3:07-cv-0979, (Docket No. 29) was not opposed by the defendants. Therefore, the court will grant that Motion to Amend, thus making the claims in this new lawsuit moot. The initial case management conference scheduled for May 2, 2008 at 1:30 p.m. is **CANCELLED**.

It is so **ORDERED**.

ENTER this 14th day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge